474 A.2d 678

Commonwealth v. Weber, Appellant.

Submitted January 20, 1984. Paul S. Herzberg, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Order affirmed.

474 A.2d 679

Commonwealth v. Williams, Appellant.

Submitted January 20, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.